# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2011

141002(46)

M.L. PRAY,
          Plaintiff-Appellee,

v

BAYBEST RIBS, L.L.C., and NORMICH,
INC., d/b/a DAMON'S GRILL,
          Defendants-Appellants.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141002
COA: 286672
Genesee CC: 07-087443-NO

On order of the Court, the motion for reconsideration of this Court's December 1, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

YOUNG, C.J., and MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would reverse the Court of Appeals for the reasons set forth in Justice MARKMAN's dissenting statement in this case, 488 Mich 979 (2010).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2011

_____
Clerk

d0516